UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MENEPHEE-HOWARD, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACS GROUP, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:25-cv-00918-KES-BAM<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND RELATED DATES<br><br>(Doc. 10) |

Plaintiff Michelle Menephee-Howard filed this putative wage-and-hour class action in Fresno County Superior Court on April 20, 2025. Defendant PACS Group, Inc. removed the matter to this Court on July 25, 2025. (Doc. 1.)

Currently before the Court is the joint stipulation of the parties to continue the initial scheduling conference set for October 28, 2025, filed October 21, 2025. (Doc. 10.) The parties explain that they have reached a preliminary agreement to attend private medication on January 20, 2026, but are continuing to finalize arrangements, as well as meeting and conferring regarding mediation scope, and informal discovery. To allow the parties time to complete their discussions, negotiate the terms of the mediation, and attend mediation, they request that the Court continue the date for the initial scheduling conference and related deadlines until 30 days after the

1

1  mediation date.  The parties assert that good cause exists for the continuance to preserve judicial
2  economy and reduce any unnecessary discovery and litigation costs in light of the potential for
3  early resolution.  (*Id.*)
4      Having considered the parties' stipulation, and good cause appearing, the initial
5  scheduling conference currently set for October 28, 2025, is HEREBY CONTINUED to
6  **February 19, 2026, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A.**
7  **McAuliffe**.  The parties shall file a Joint Scheduling Report at least seven (7) days prior to the
8  conference.  The parties shall appear remotely at the conference with each party connecting via
9  Zoom video conference.  The parties will be provided with the Zoom ID and password by the
10 Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential
11 and are not to be shared.  Appropriate court attire required.  If the parties file a notice of
12 settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:   **October 22, 2025**           /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE

2