UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLE MENEPHEE-HOWARD, individually, and on behalf of other members of the general public similarly situated,

Plaintiff,

v.

PACS GROUP, INC., a Delaware corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 1:25-cv-00918-KES-FRS (SAB)

**ORDER RE NOTICE OF SETTLEMENT and STIPULATION TO VACATE MANDATORY SCHEDULING CONFERENCE AND RELATED DEADLINES**

(ECF Nos. 14, 15)

On February 11, 2026, the parties filed a notice of settlement of this action. (ECF No. 14.) Pursuant to Local Rule 160, and good cause appearing, this Court ORDERS the parties, no later than **June 11, 2026**, to file appropriate papers to dismiss or conclude this action in its entirety. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

Additionally, the Court approves the parties' stipulation to vacate the Mandatory Scheduling Conference and related deadlines. (ECF No. 15.) The Court VACATES all pending dates and matters, including the Mandatory Settlement Conference currently scheduled for February 19, 2026 and related deadlines.

IT IS SO ORDERED.

Dated: **February 11, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1