UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MENEPHEE-HOWARD, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACS GROUP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  1:25-CV-00918-KES-FJS<br><br>ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL PAPERWORK<br><br>(ECF No. 19) |

On February 11, 2026, upon notice of settlement by the parties, the court set the deadline to file appropriate papers to dismiss or conclude this action in its entirety by June 11, 2026. (ECF No. 16.)

On June 10, 2026, Plaintiff Michelle Menephee-Howard ("Plaintiff") and Defendant PACS Group, Inc. ("Defendant"), filed a joint stipulation to continue the deadline to file dismissal paperwork of this class action. (ECF No. 18.) That same day the parties filed an "corrected" joint stipulation to continue the deadline to file dismissal paperwork. (ECF No. 19.) Currently, the parties are drafting a long-form settlement agreement which they anticipate will be filed by Plaintiff in one hundred and twenty (120) days. (*Id.*)

1

Accordingly, pursuant to the parties' stipulation and good cause appearing, it is HEREBY ORDERED that Plaintiff's deadline to file or ensure the filing of dismissal paperwork is continued from June 11, 2026, to October 8, 2026. Any request for an extension shall be supported by good cause.

IT IS SO ORDERED.

Dated:   **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE